FILED

12/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0272

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0272

_____

PLANNED PARENTHOOD OF MONTANA
and PAUL FREDERICK HENKE, M.D., on
behalf of themselves and their patients,

      Plaintiffs and Appellees,

    v.

STATE OF MONTANA and AUSTIN
KNUDSEN, Attorney General of the State of
Montana, in his official capacity, and his agents
and successors,

      Defendants and Appellants.

_____

O R D E R

     Pursuant to the Unopposed Motion to Participate as *Amici Curiae* filed by American College of Obstetricians and Gynecologists, American Medical Association, Montana Medical Association, Society for Maternal-Fetal Medicine, and Society of Family Planning, and for good cause shown,

     IT IS HEREBY ORDERED that the motion is GRANTED. Amici are granted leave to file and serve their amicus brief on or before December 15, 2023.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
December 11 2023